U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC - 3 2021

TONY R. MOORE, CLERK
BY: _____ MB
      DEPUTY

Violation of Rights

- Baton Rouge Rehabilitation Center
- Savoy New Horizons
- Our Lady of the Lake Baton Rouge, La
- Husband tried to kill me, cause girl put him up to it and to use and benefit from.
- Cabrini
- Dept of IRS (not responding to me on issue) (scammed)  frogs name
- McDonalds, taco Bell, Whataburger, Jack N Box, Popeyes, IRS acct. tampered with and filed to spend money in name. send me money so he can look a certain way. While his skin/hair blood, steal my money and identified and life in my marriage home. green! havard!
- Unemployment (Orleans) used employers in my home
  Laworks (Louisiana Workforce Commission)
  (225) 342-3111
  1001 N. 23rd Street
  Baton Rouge, La 70802
- theft of pictures to try to hurt me and also made threats

Giving payments to people and never gotten ever before in my life.... neither Employers, they used in my name.

- messing (w) my credit cover because it, also my Credit karma, R.M.

(A/ has been excepting my identification from (Corion, Fantajah) to gain from me. (Hacking/tracking) set me up to be killed to take over name and money, life cards. all Apps and mimicing since 2014 and Been after info to Apps and info because of it DNA / Hair / blood. etc

DMV: (Louisiana Office of Motor Vehicles)
5602 Coliseum Blvd, Alex, La 71303
(318) 487-5933

FBI 3000
Flowers Rd S Chamblee ga 30341
3730 S. MacArthur Dr. (Express OMV Office Motor Vehicles)
1-855-250-3496
770-216-3000

DMV - Oakland CA - 5300 Claremont Ave, Oakland CA 94618  1800 777-0133
Compton CA - 2111 S Santa Fe Ave. Compton, CA 90221  1800 777-0133
Long Beach - 3700 E. Willow St. Long Beach, CA 90815  1800-777-0133

ATL
State patrol
404-656-3281
404-624-7100
404-413-3333
404-614-0544
Dallas TX - 1925 E. Belt Line Rd #400
Carrollton, TX 75006 (972)-478-5200

855-406-5221  Las Vegas - 7170 N Decatur Blvd, Las Vegas, NV 89131  702-486-4368
Atlanta ga - 4125 Welcome All Rd #904

- A+S ~~[illegible]~~ 225-924-2413
- Alexandria Police Department 1000 Bolton Ave. Alexandria, La 71301 (318) 449-5099 (318)2016-7824
  - ~~Evans~~ ~~[illegible]~~
  - ~~Rodney~~
- FBI —
- HCA Women Hospital ~~Texas~~ Houston —
- Baton Rouge Police Department 8227 Scenic Hwy, Baton Rouge, La 70807 (225) 389-2000
- Cleco — 1-800-622-6537
- ~~[scribbled]~~
- Fedex — 1-800-463-3339
- Louisville, KY Republic Bank & Trust Company CEO: Steven E. Trager 1-888-584-3600
- Amazon — 1-877-375-9365, 1-866-216-1075
- SB, Ryn,
- Google Headquarters 1600 Amphitheatre Parkway in Mountain View, California 94043 (1-650-253-0000)
- UPS — 1-800-742-5877 — 55 Glenlake Parkway, NE Atlanta, GA 30328. 1-404-828-6000
- Yahoo headquarters 701 1st Ave. (Sunnyvale, CA 94089) 408-349-3300

- Michael Jarrell (DNA commuted [scribbled]) ~~vampire/[illegible] born in flesh~~, DNA: corleon/myrell hair and uncle and my blood (Gloria).... (tati) — Larceny, theft, bigamy, hacking, tracking all devices

- Louisiana Department of health 225-342-9500 P.O. Box 629 Baton Rouge, La 70821 Fax 225-342-5568 ~~629 Baton Rouge~~ — 0629 628 N. 4th Street, Baton Rouge, La 70802 (Dr. Courtney N. Phillips)
- medicaid cust. service 1-888-342-6207

- CEO of Rapides Regional Hospital — Neglect, fraud, slander Cabrini Hospitals — tampering with evidence
- Department of Justice 950 Pennsylvania Ave. NW Washington, DC 20530 Altering documents -0001

202-514-2000
202-353-1555

From: Andrenee Howard

healthyola.gov
1-855-229-6848
mymedicaid.la.gov
1-888-342-6207

- Corwin Davis + Phillip ~~serving~~ ways
- Fautagah Lanae Malord
- Gloria Green
- Michael Jarrell
- Myrell Howard 2nd
- ~~scribbled out~~ Baby Raye
- Shondrelea or Shondrea Williams
- Alyssia Arizona Howard

Andrenique Howard.

Also me being Onion Kayla ~~Green~~

Case 1:21-cv-04163-DCJ-JPM Document 1 Filed 12/03/21 Page 3 of 5 PageID #: 3

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC - 3 2021

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

(DNA, theft to me, slander and larceny, and Hacking/tracking from some. (All has played a part in my abuse, to body, or life and theft and taken advantage of)

Also keep giving kids to people, with there DNA, then try to fight over them ~~scribbled~~ and got bit and more. in no way on it. and dating husband. Eating and more. and kids is money if don't make none for them, will plot to hurt you. and will plot to get you sick and will use to hurt you, later while covering it up the whole time. Riding in Cars, and cards they got in my name, Insurance, and houses etc., and will make my acct. disappear, if want you to disappear. and also to Filers not putting correct info I said on paper, and stealing from me. ~~scribbled~~ And Everyone I get in contact with he changes paperwork and acct.

Has lottery ticket/pcls, and is half brother/sister and heir of husband/son/uncle. Stealing my mail living off yaluwh have and tampers with it, takes it away or give or tampers with it. or have some missing or destroyed in it. and then makes info or acct disappear and will take it what Broker for kids cause husband kids and there DNA and then secretly dating. ~~scribbled~~ so I won't get mail or what I ordered. Has my phone double mimicked been Since 2014. then after stealing and mimicing, will try to change up dates and paperwork so they can continue to steal, use in my name green/howard benefits and assets. He is face and eyes. and ears. thats why havent been answered to because he everything. Emails and messages, phone etc. not trying to help me, only steal and then they pretend like they do anything. Got my kids sick, and me and don't want me to see them or make enough so I can't take care of them or go get them. Had to start putting both my names on checks because of theft from certain people. and green/howard, because they been using my marriage name green/howard. And he was sleeping (w) me, but didnt tell me his dad has my DNA, and another reason, used me to steal from me and lie to me. And been giving my stuff to Corion/Fautgah. and my husband cause its also his dad. Also my (Connected tome is Elyt) them. going against my faith, religion and beliefs. Trying to act as if I don't have figure of speech or I cant be connected to more than self. Since birth Family and also if he in jail that cause he want to be to look like he aint doing nothing and is and work (w) me daily.

Basically all these people I bringing to court, plus main people responsible for abuse, theft, larceny, Altering, tampering with evidence, dekijising or to alter paperwork to fit what they are stealing, Apps, paperwork, devices, cards etc. DNA connected. and why they covering up my organs and health and sickness..... and to prove who my husband is and kids. Which they all are sick and kids, me and mother, and uncle and ex. and all know it. People avoiding response of questioned I have asked due to my name and theft and slander of my life and violation of my life.

also Needed to divorce husband for 4 fraud identity and cheating and more don't know how to go about it.
Ex: breaking in my house while i'm not there, and steal, paperwork etc start up, carry all unpaid things with me

- I have cancer all over my body, damaged kidneys, organs infected, bone cancer, tissue missing, veins busted, busted head, intestinal problem, heart problems, stomach has a fetus, half developed, inside that man give to me to carry, and is dead. and they know and been covering it up. because they been lying to me, saying one thing and see another and avoiding lawsuits... and truth of reality.. People has done things to my body and has gained off my life and also police inside job has helped cover it up and helped them, ~~~~~~~~~~~~~~ and invading life/body, that why been using/stealing and wanted me dead. as well because my DNA belong to and connected to. I have diabetes, arthritis, possible HIV, and Herpes etc. leaking from Anal, all day, ~~~~~~ whole in head, and ears, and devices.... I was told I was crazy by police and was forced in a facility violating my Constitutional Rights and Patient rights, civil rights employee Rights etc. Also all employers stealing from me, also tampering with evidence, cause some connected to the ones stealing from me. Altering evidence to continue to steal, slander, Defamation.

Pg 3

the reason I ask I heard if I would of used her to help me she's the one in my name to alter and change, that is why take a long time to get to court or respond and after see me doing talents or jobs, he/she tries to copy and give to them. copying and spying on phone and life. Also telling them the hospitals I don't know how to do much or understand words or paperwork. I be forced to sign about they should read it and make me understand so I don't sign to stuff I don't agree to. also tell me if I don't sign I can't get help or seen in hospitals.

husband is more than husself and more to him

Andrenique Howard

has all my stuff stated from my boostmobile, to my metropcs to straighttalk, and prepaid ATST and more them been mimicing and stealing also Sunshine at Best Western

Gives the girl all my current info and bussiness and tells her everything I do. Also been using telephone # and emails to get a send things they been using in my name to me, like life insurance and more, and filling out dating sites in my name, cards and more.

Employees discrimination, Bus stealing from me, favoritism. and more in how I am, know and afflicted with military / baby

all I been to and food. but using taxes DNA some of kids

Andrenique Howard
3510 17th St.
Alexandria, La 71302
(318) 206-7824