U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 10 2021

TONY R. MOORE, CLERK
BY: _____ MB _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ANDRENIQUE HOWARD** | **CASE NO. 1:21-CV-04163** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CORLEON DAVIS ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

*Introduction*

CIVIL RIGHTS AND NEGLECT AND ABUSE AND MORE

December 10, 2021

( any one else I will call later)

Introduction to who I am and my reasons for all these people I am calling there is only a few that really matters for certain things to be investigated if needed, but also all these names and companies matter as well. Because of slander and of my life and character and color, and more. .

To add I have RIGHTS and that covers my whole life and well being in this world no matter my color, or lifestyle, , like Freedom of speech, freedom of information , Right to Know, religion, beliefs etc. also to know in a matter of time if I am needed for anything, and why. Or if I send a notice to investigate or look into to something it be answered in a timely manner. All these people in one way or another has violated my rights, abused me, stole from me, invaded life and body and neglect to my life as I pay faithfully to live like everyone else.they using or altering my information to hide the truth, hacking or tracking illegally, MIMICING EVERYTHING I DO THAT IS GOOD, LIKE MY BUSISSNESS, IDEAS, APPS, and IF THEY MIMIC THIS ITS BECAUSE WHO THEY ARE, AND THERE CONNECTION TO ME, (EYES AND EARS). DNA. Has my identification and current and sends it to the ones stealing it, to use undercover after trying to cover it up and wipe away like me sending all this there are going to be working on covering each thing on the list, that they had a part in stealing, and telling certaoin people like corieon all my busissness and fantajah my recent locations and numbers and reports I make to try to do the same but wouldn't know if certain people claim to be friends wouldn't tell them and act as if they don't know neither party I speak of or any afflication. And I know they know each other, for a fact. Plotted to steal my things and using my name first befriending me. What happened story was told in the beginning of my life what he would do to me and my life and why and who DNA anit go lie, and I don't like to be bullied or jumped it's unfair and wrong, in any manner, they all know im sick and things I am sick with but want to use it later to use later if they kill me which has said many times before, and how, if don't by health by dekiesing as someone else or having someone do it or by DNA. Has my fingerprint and was set up to be murdered, to steal what they knew I invested in my name lottery money, and just using my name and cards to make money and having me pay for things they did. I don't think so, and they haven't went to court with me or asking for me and knows where  I am, threw DNA And of course help. Threats to burn me , shoot me, and more, to cover up evidence and more they did to me, and my body….. not that I am afraid its when you ask for help and none is giving cause people feel your ignorant or don't have any knowledge, what to do. They have did fraud in my name and used my maiden and marriage name in green and howard, and gotten there own cards in my names, that they update by stealing my current information. Reason I haven't had a response from any company, and filed in my name, I had to change my name from green to howard because of it, they wouldn't get confused on who it was using my name and enternet and apps and emails and messages they goes directly to them unless they quit, but was to steal the money , which they have it all , now just trying to set me up with there mess, I refuse to let anyone do me that way. They been stealing pictures , taking pictures to steal and use and try to kill , that way also have DNA, just in case it happen. And the reason why is more than one motive. I faxed many also will fax again to give everyone the benefit of the doubt cause we all deserve that much because I know first and people that will lie on your name and try to have you in something they did to cover them so they wouldn't take the fall or who they love or want that probably anit theres legally or

*Pg. 2*

rightfully**. They have uncovered my nakedness and it is a major sin in what I believe in, and everyday I live is a SIN, because of it….they invaded my life and wasn't welcome in, and took it by force,** along with all my things and lively hood, gift cards I don't use unless my job gave me one in my case only had one recently given that was stolen yesterday, debit and credit cards etc, they have copied all my apps and more to there phone all because they been using the source of there living phone to do it so had to hang around to steal the rest and take it off mines to theres, of course men would give it to the women they secretly mess with , so they look as if they have nothing , but it don't matter this is about PRINCIPAL not nothing else, AND MY LIFE AS A SLAVE TO A SECERT SOCIETY ORGANIZATION, and MOSES LAW, that was told was done away with: LIES : my BODY IS PROOF THEY DON'T WANT ANYONE TO SEE SO THEY LIE AND REJECT ME EVERYWHERE I GO BECAUSE OF IT TO EXAMINE MY BODY AND IT BE RECORDED WHEN THAT'S MY RIGHT AS WELL IF I FEEL THEY HAVE ALREADY VIOLATED MY RIGHTS AND HIPPA, NEGLENCE AND MEDICAL MALPRACTICE AND SLANDER….Unemployment used, and employers I never had, and worked at, food stamps, and get everything I apply for they send to them. And alter it…..(NO BETTER WAY TO KEEP IT SIMPLE BUT SAID PROVE IT< WITHOUT A SHADOW OF DOUBT AND MY BELIEFS IF WANT TO BE MORE REALISTIC, and REALITY OF IT ALL…

(Ill ask for jury later, if needed, but for now, cause the world represents one person so , I rather not, just BRING PORTABLE XRAY MACHINE and a TECH/DOCTOR to take CBC IN FRONT OF THE JUDGE I KNOW THIS IS AND CAN BE DONE TO BE FAIR TO ME SINCE I BEEN NEGLECTED THIS LONG EVEN IF I WAS TO PROVE MY CASE AND I KNOW I WILL WIN: (I BET THAT), and we don't have to make it long, just to view my ORGANS and while Being RECORDED Cause they alter and cover up and tamper with evidence , and because my beliefs of whats in the heavens and earth LIVE amongst us….. I rather have everything done in front of the judge and its MY RIGHT to DEFEND MY LIFE AND PROTECT it from slander and lies. )

I am also trying to divorce my husband , or sue for possible bigamy without me knowing or signing anything…. (LONG STORY) , but told me to send the papers once I file them to his mother house.

Women/men using my name and mimicking everything I do.

Messing with my accounts and wiping things away as if I never bought anything……

And females been connected to me and shouldn't, illegal and wrong unless they want to explain how and why this came to be, or perhaps KIDS…..

Robbering me every which way knowing they know the truth, and don't want to tell it…..

I will also be mentioning bible verses to , to make sure people I call realixe who I am , even if they feel I am nobody….. I am a Women and I DO EXIST………

I Am who I am

Page 1

Andrenique Howard
3510 7th Street
Alexandria, la 71302

"Civil Rights"

- Walker
- Door Dash
- NICS
- Popeyes
- Ryan
- Santa Barabra
- Equifax
- Experian
- Transunion
- Rapides Regional Hospital (∞)
- Republic Bank & Trust
- IC3
- New Horizons
- Shondrea Williams
- Shondreka Williams
- social security
- Food stamps
- McDonalds
- Taco Bell
- Popeyes
- Jack N Box
- whataburger
- medicare
- medicaid
- Santa Barabra
- Ryan LLC
- NCIS

- Packer
- Google
- Verizon

- Rodney
- sudden link
- Cricket
- T-Mobile
- Boostmobile
- Metro PCS
- AT&T
- Check into Cash
- Baton Rouge
- Cabrini Hospital
- Walmart money Card
- Cash app
- Myrell E. Howard 2nd
- New Herizons
- Our lady of the lake Hospital
- Baton Rouge Behavioral Hospital
- Legal Services (Alex, Layfayette, Baton Rouge)
- Athena
- Chime
- Bancorp Bank
- Red River Bank
- Lilly Evans

- Brandon Marcus Benjamin
- Apple
- Straight talk
- Police Department
- Alexandria Utilities office manager
- Cleco utility office
- Edward Harrison
- IC3
- FBI
- Unemployment
- Mrs. Young

Pg. 3

DNA

* I have Rights Freedom of information, Right to know, neglence on body, violation of Rights, invading of privacy, threats to my life and ones I love, stealing information and using, and hacking and tracking, Altering info, slander abuse, *has been using identification and telling my info to people claim they don't know each, DNA ain't go lie. these know I'm sick and has all my pictures been taking pictures to try to kill me that way or by sickness and want to kill me by my health problems. has my finger prints, and abused by certain men and murdered me.