U.S. District & Bankruptcy Courthouse
in Alexandria, La 71302
Fax: (318) 473-7345
Date: April 1, 2022

21-CV-4163

Fr: Andrenique Havard
3510 7th St. Alex. La 71302
(318) 625-9650

I need these Names also, cause they are going to be sending and trying to erase info. but made a copy of my proof in case erased. to cover evidence. They are going to be trying to make new accts or emails sent to each other after I sent my first fax. Regarding this... But reason of this... They copy and steal and tries to hide has my DNA. And with me, and Devices.

But I need also these names:

- Jamie Dimon
- Thomas Douglas
- Rick Bolduc
- Cricket (owner) or whom it may concern
- AT&T (owner) or whom it may concern
- Red River Bank
- Chase Bank JP Morgan
- Chase Bank

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
APR - 1 2022
TONY R. MOORE, CLERK
BY: _____ MS
DEPUTY