U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY - 4 2022

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**ANDRENIQUE HOWARD**               CASE NO. 1:21-CV-04163

**VERSUS**                          JUDGE DAVID C. JOSEPH

**CORLEON DAVIS ET AL**             MAGISTRATE JUDGE PEREZ-MONTES

<u>Add to be supenoed</u> . . . . .               4/5/22

- Alyssia Arizona Howard

- Naomi Heights
- State of Louisiana

Theft of my phone, trying to hack to my itunes that I don't have, and has my phone acting up. and devices I haven't checked other things I recently bought, but studio, labtop, printer, tablet haven't opened yet and more.