UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ANDRENIQUE HOWARD | ) | CIVIL ACTION |
| | ) | NO: 21-CV-04163-DCJ-JPM |
| VERSUS | ) | |
| | ) | |
| CORLEON DAVIS, ET AL | ) | JUDGE JOSEPH |
| | ) | |
| | ) | MAGISTRATE PEREZ-MONTES |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Now into Court comes Walter P. McClatchey Jr., who respectfully moves as follows:

1.

Undersigned counsel filed a motion to dismiss, proposed order, memorandum in support of the motion and two affidavits in this matter on May 11, 2022.

2.

Plaintiff has named numerous entities as defendants, including three entries for "Legal Services". When undersigned counsel filed the pleadings referred to in Paragraph 1, he understood the multiple references to "Legal Services" to be a repetition of the same entity, Acadiana Legal Service Corporation.

3.

It was only after filing these pleadings did undersigned counsel realize that three different "Legal Services" offices were named as distinct defendants: Legal Services (Alexandria), Legal Services (Lafayette) and Legal Services (Baton Rouge).

4.

Undersigned counsel shows the Court that Acadiana Legal Service Corporation (presumed

to be Legal Services – Lafayette, hereinafter "ALSC") and Legal Services of Central Louisiana (presumed to be Legal Services – Alexandria, hereinafter "LSCL") are the same entity. LSCL is a division of ALSC. Undersigned counsel meant to respond to the complaint only on behalf of ALSC and LSCL, not "Legal Services (Baton Rouge)", which is presumed to be Southeast Louisiana Legal Services (hereinafter SLLS). Undersigned counsel inadvertently enrolled as counsel for SLLS and wishes to withdraw as counsel of record for SLLS.

5.

ALSC/LSCL and SLLS are two separate federally funded civil legal aid programs, and ALSC/LSCL, undersigned counsel's employer, has not authorized him to represent SLLS.

6.

There are currently no matters scheduled herein for trial or hearing which might be delayed by the granting of this motion.

7.

The undersigned has not previously filed herein a motion to withdraw.

8.

Walter P. McClatchey Jr. desires to withdraw as counsel of record for "Legal Services (Baton Rouge)" or Southeast Louisiana Legal Services.

WHEREFORE, Walter P. McClatchey Jr. moves this Court to allow him to withdraw as counsel of record for "Legal Services (Baton Rouge)" or Southeast Louisiana Legal Services.

RESPECTFULLY SUBMITTED,
**LEGAL SERVICES OF CENTRAL LOUISIANA**
(A Division of Acadiana Legal Service Corporation)

BY: _____
Walter P. McClatchey Jr., T.A. ● No. 18649
1808 Jackson Street
Alexandria, LA 71301-6434
Phone 318-443-7281 ● Extension 3203
Fax 318-443-9516
Email walter@la-law.org

Attorney for Acadiana Legal Service Corporation and
Legal Services of Central Louisiana

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served upon all counsel of record and unrepresented parties by depositing same into the U.S. mail, properly addressed and postage prepaid, this 11th day of May, 2022.

_____
Walter P. McClatchey Jr.