UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| ANDRENIQUE HOWARD | ) | CIVIL ACTION |
|---|---|---|
| | ) | NO: 21-CV-04163-DCJ-JPM |
| VERSUS | ) | |
| | ) | |
| CORLEON DAVIS, ET AL | ) | JUDGE JOSEPH |
| | ) | |
| | ) | MAGISTRATE PEREZ-MONTES |

## O R D E R

Considering the above and foregoing:

IT IS ORDERED that Walter P. McClatchey Jr. and the law firm of Acadiana Legal Serviced Corporation be and are hereby permitted to withdraw from this matter as counsel of record for defendant "Legal Services (Baton Rouge)" or Southeast Louisiana Legal Services.

Alexandria, Louisiana, this ___12th___ day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE