TO: U.S Federal Court House
H. Anderough Havre

21cv4163

5/16/22          5/17/22

Need these summon's ~~today~~ pick ~~it up~~ up around 2pm.
~~around 2pm today~~

**social security office**

- Social security office Compton, California
- Social security office Alexandria, La
- Social security office Dallas, Texas
- Social security office Baton Rouge, La
- Social security office Atlanta, ga

**(DMV) (Department of Motor Vechelos)**

- Department of Motor Vechiles (DMV) California
- Department of Motor Vecheles (DMV) Alexandria, La
- Department of Motor Vecheles (DMV) Dallas, Texas
- Department of Motor Vecheles (DMV) Baton Rouge, La
- Department of Motor Vecheles (DMV) Atlanta ga

- Foodstamps OFFICE
  - Compton, California
  - Dallas, Texas
  - Alexandria, Louisiana

- Theresa from Naomi Heights
- Apple
- Legal aid (Layfayette, La)
- Ryan LLC (ATL, TX, LA, CA)
- Legal aid (Baton Rouge)
- Legal aid (Dallas, Texas)
- FBI (Baton Rouge, Alexandria La) (Dallas Texas) (Compton, CA) (Atlanta ga)
- IC3

(5 different Locations)

- New Horizons
- Credit Karma
- Debrah (Housekeeping manager)
- Alicia Robinson

**Police Department**

- Senic Police Department
- Alexandria Police Department
- ~~scribbled~~ Baton Rouge Police Department
- Houston, Texas Police Department
- Moore Care Center

(Send a typed copy letter, since some acts as if written isn't legal when it is....)

- Violation of Rights
- Withholding my paperwork when requested violation: Freedom of information act, right to know, and acting as if I can't have a copy of my testing concerning my information, when is my right to have a copy of anything I ask for.
- Failure to respond to a notice sent dealing with theft and Identity theft and Larceny. Since 2016 to have authorities investigate

U.S. DISTRICT COURT WESTERN DISTRICT OF LOUISIANA RECEIVED MAY 16 2022 TONY R. MOORE CLERK BY DEPUTY