U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 24 2022

TONY R. MOORE, CLERK
BY: _____
     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ANDRENIQUE HOWARD                    CASE NO. 1:21-CV-04163

VERSUS                                JUDGE DAVID C. JOSEPH

CORLEON DAVIS ET AL                   MAGISTRATE JUDGE PEREZ-MONTES

See Attached

Motion to Dismiss all defendants, all except ones I add in this Motion due to information given to me, that wasn't correct..... And also because it's prolonged a court date, I paid for to have my day in court. and to be able to summons everyone to bring there paperwork, to show and prove there selves and accusations..... to be wrong or right. Have the Right to be informed of any cases or court date is about them, to be served and get knowledge about it.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

ANDRENIQUE HOWARD     CASE NO. 1:21-CV-04163

"Need a Court Date"    8/24/22

VERSUS     JUDGE DAVID C. JOSEPH

CORLEON DAVIS ET AL     MAGISTRATE JUDGE PEREZ-MONTES

"Corleon Davis, Corleon Phillips, Fantajah Lanae Maloid, Shondrea Williams, Myrell Howard 2nd, Naomi Heights, St. Marys, michael Jarrell, Experian, Equifax, transunion & Ryan..

I, Andrenique Howard, am filling a Motion to dismiss all the names of the defendants in this case, but the names that I list in this Motion., due to the fact all the Names in this case, listed have stolen from me, and abused me in one way or another. and I have reported them to FBI to investigate them cause it's effecting my life and income. I have the right to protect defined my life, liberty, and Rights and the violation of them all. and the right to a fair & equal trial and court date, and the RIGHT, to prove, anything I'm saying, No matter what it is, or what I say. According to the Constitution, Bill of Rights, Employee Rights, Patient Rights, tenants Rights, etc. to be in sound mind, requesting that what I request to prove the cases be ordered to appear one way or another, because it's effecting my life and slander everyday. I have the right to petition the court or anyone in it that treats my case or life as if it doesn't matter, and there position, also have the Right to all my paperwork, concerning my name, signature, and information. and if I feel I have information about a man or women thats really altering information or systems and sites to Keep themselves from being notice, when it's against laws to do, I supose to report it, and if it is a threat to Real life, I supose to report it first, after investigation, and then if I feel that there's a conflict of Interest, take it to court, due to favoritism, Bias and unequal rights and decisions bestowed upon me and my life in any way. Weeks ago was told I couldn't take the defendants off that I had decided to take off, a lady told me I couldn't, when later another say I could.