TO: Federal Court Honorable Judge    From: Andrenique Howard    Sept. 15, 22

All is been served and some need time to get paperwork sent
- Reason is to submit my paperwork that is My Right to have a copy of to court so they don't have to come to court, Employers, etc. and others to submit paperwork concerning me, and income...

**St. Marys**
6705 LA-1 Boyce, La 71409
(318)445-6443

**Naomi Heights**
2421 E. Texas Ave.
Alexandria, La 71301
(318) 443-5638

**Brandon Benjamin**
5613 Benjamin St. Alexandria, La 71303
2495 Shreveport Hwy, Pineville, La 71360
(800) 375-8387

**Myrell Howard 2nd**
5435 Halsey St
Baton Rouge, La 70811

Case # 1:21-cv-04163-DCJ-JPM

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9 20 22

**Corion Davis**
5435 Halsey St.
Baton Rouge, La 70811
Hanks...

**Jack N Box**
11682 Plank Rd
Baton Rouge, La 70811
(225) 775-0324
(225) 300-4529

**DMV**
5602 Coliseum Blvd.
Alexandria, La 71303

**DMV**
39025 LBJ E service Rd
Dallas Tx 75232

**Google**
1600 Amphitheatre Parkway, Mountain View CA, 94043
Fax: 650-253-0001
Ph: 650-253-0000

**Experian**
P.O. Box 4500
Allen TX 75013
1-888-397-3742

**Equifax**
1888 378 4329
P.O. Box 740241
Atlanta ga 30374

**Healthy Blue**
1844 521-6942 PH
1800 964-3627 FX
~~P.O. Box~~
4425 Corporation Ln.
Virginia Beach, VA 23462

**Cricket**
1025 Lenox Park Blvd. NE Atlanta ga 30319
1800-274-2538

**Chime**
1-844-244-6363
77 Maiden Lane Floor 6
San Francisco, CA 94108

**Cashapp**
1-800-969-1940
1455 Market St. Suite 600, San Francisco, CA 94103

**Transunion**
P.O. Box 2000
Chester, PA 19016-2000
1800-916-8800

**Dept of Children & Family Services**
900 Murray # A100, Alexandria, La 71301

**Food Stamps**
900 Murray St.
Alexandria, La 71301
1-888-524-3578

**Social Security**
3401 N. Blvd
in Alexandria, La 71301
-800-772-1213

**Fantajah Maliod**
5435 Halsey St.
Alexandria, La 70811

**Dept. of Justice**
US Dept.
950 Pennsylvania Ave N.W
Washington, DC 20530-0001
202-353-1555

**Michael Jarrell**
Served and said coming to court

**Shondreka or Shondrea Williams**
1819 Kelly St.
Alexandria, La 71301

They need to submit paperwork and documents to court to give them to me, or whole company files and records will come. All needed due to withholding evidence, paperwork and information that's needed to prove crime, slander altered, larceny and fraud. and that's have issues with police offices. so need to get in court before tries to cover all the evidence. get in touch also with FBI to investigate it and my phone and tracking cause been covering up alot of females info.

"Matter of Life / Death and Life being Effected"    "Concerning my employment there due to civil Rights violation..."