**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ANDRENIQUE HOWARD** | **CASE NO. 1:21-CV-04163** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CORLEON DAVIS ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that service of the summons and complaint was not made within 90 days of the institution of this civil action and Plaintiff has failed to show good cause for this deficiency. Accordingly,

**IT IS ORDERED that this action be dismissed as to Equifax**. This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE October 14, 2022.

**TONY R. MOORE**
**CLERK OF COURT**