WESTERN DISTRICT OF LOUISIANA
RECEIVED
NOV 01 2022
TONY R. MOORE, CLERK
BY: _____
DEPUTY

United States District Court
Western District of Louisiana
Alexandria Divison

Date: October 26, 2022

TO: Honorable Judge David C. Joseph
TO: Honorable Magistrate Judge Perez-Montes

Andrenique Howard
also known a Andrenique Green
3510 7th St. Alexandria, La 71302

versus

Corleon Davis ET AL

Case No. 1:21-CV-04163
Judge David C. Joseph
Magistrate Judge Perez-Mont
Fax: (318) 473-7395
PH: (318) 473-7415

## Motion to Reinstate Summons and Complaint Court Case

My Rights has been violated all them.... and taken for granted.

Lack of income, but need it addressed do to theft and Larceny for companies to submit my documents Requested due to criminal cases and reports, and theft in my name

Reason of Motion is to show GOOD CAUSE, for the deficiency purpose of Court date I paid for, is to have all the Companys and people and staff members, to present all of my documents and video footages concerning my name and my signiture, in Andrenique Green and Andrenique Howard. to submit to court, so I have a copy of all they have, which is my Right to have, and due to theft and Larceny, and to be able to Dispute the situation in a timely manner. But have distracted me, and wasted time, to not give my documents and to waste time of the court date, to the expiration date. to try to get away with revealing the truth and to get away with violating my rights, discrimination, unequal rights, incorrect information given to me, by staff of the company, to distract time, and to prove out of all cases I wasn't treated equal. Then to show this case Under LR 41.3 for the reason that service of the summons and complaint was not made within 90 days, is favoritism, unequal rights. and not equal and fair opporunity, to prove the life, liberty and protect safety was slander, Daframation of Character and my truth and innocence... due to my Rights in All manner of my life..., because of companies/staff